1020

[No. 13042–4–II. Division Two. January 17, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK S. SZCZERBA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 215138R020, Karen G. Seinfeld, J., entered July 10, 1989. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 12057–7–II. Division Two. January 17, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY J. DuBOIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 85–1–00418–7, Paula Casey, J., entered May 23, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J. Pro Tem.

[No. 13835–2–II. Division Two. January 17, 1991.]

AL ABBOTT, *Respondent*, v. CHARLOTTE J. McCLAIN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88–2–06846–7, Arthur W. Verharen, J., entered April 13, 1990. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 13017–3–II. Division Two. January 17, 1991.]

BARBARA G. DUNN, *Respondent*, v. THE LUTZ SNYDER COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 88–2–01966–0, Barbara D. Johnson, J., entered June 9, 1989. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.